# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

159516(90)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

TRESHAUN LEE TERRANCE,
      Defendant-Appellee.
_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 159516
COA: 343154
Wayne CC: 17-005253-FC

On order of the Chief Justice, the motion of Mack Tiggart to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 2, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020



Clerk